NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000558
07-NOV-2012
11:41 AM

NO. CAAP-12-0000558

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5,
ASSET-BACKED CERTIFICATES, SERIES 2006-OPT5 ,
Plaintiff-Appellee,
v.
TAMMY LEIGHTON VAN BUSKIRK, et al., Defendants-Appellees,
and
RONALD L. VAN BUSKIRK, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 11-1-0151)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) on June 8, 2012, Defendant-Appellant Ronald Van Buskirk (Appellant) filed a notice of appeal;

(2) the record on appeal was filed on July 22, 2012, and the appellate clerk informed Appellant that the statement of jurisdiction was due August 1, 2012 and the opening brief was due August 31, 2012;

(3) Appellant did not file either document;

(4) on September 27, 2012, the appellate clerk informed Appellant that:

(a) the time for filing the statement of jurisdiction and the opening brief expired;

(b) pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the attention of the court on October 7, 2012 for such action as the court deems proper; and

(c) the appeal may be dismissed; and

(5) thereafter, Appellant did not file the statement of jurisdiction and opening brief or respond to the notice of default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, November 7, 2012.

Presiding Judge

Associate Judge

Associate Judge